UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITT HARRISON and KURTIS HARRISON,

      Plaintiff,                                         Case No.  05-40296

v.                                                                    District Judge Paul V. Gadola
                                                                          Magistrate Judge R. Steven Whalen

OAKLAND COUNTY, et al.,

      Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on April 13, 2006, Plaintiff's Motion to Compel Declassified Discovery [Docket #24] is DENIED.

SO ORDERED.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated:  April 13, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 13, 2006.

                                                        S/Gina Wilson
                                                      Judicial Assistant